UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>        Plaintiff,<br><br>  v.<br><br>KURT BENSHOOF,<br><br>        Defendant. | CASE NO. 2:24-mc-57-JNW<br><br>DISMISSAL ORDER |

The Court raises this matter on its own accord.

Plaintiff Kurt Benshoof initiated this action on September 9, 2024, by filing a proposed removal petition. Dkt. No. 1. On September 18, 2024, the Clerk of Court notified Benshoof of deficiencies in his filing, including failure to pay the filing fee, or apply for in forma pauperis (IFP) status, and omission of a civil cover sheet. Dkt. No. 3. The Clerk notified Benshoof that these deficiencies must be corrected by October 18, 2024, and expressly warned that failure to do so could result in dismissal of his case. As of this date, Benshoof has not rectified this deficiency.

"A party must pay the Civil Filing Fee when it files . . . any civil action except for proceedings in forma pauperis under LCR 3(c) or as otherwise exempted by law."

DISMISSAL ORDER - 1

LCR 3(b); *see also* 28 U.S.C. § 1914(a). An action may proceed without the immediate payment of a filing fee only for parties proceeding IFP. *See* 28 U.S.C. § 1915. Absent IFP status, failure to pay the filing fee results in dismissal without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995).

Benshoof's continued failure to either pay the filing fee or apply for IFP status precludes his case from moving forward. The Court therefore DISMISSES this action without prejudice.

It is so ORDERED.

Dated this 8th day of January, 2025.

Jamal N. Whitehead
United States District Judge

DISMISSAL ORDER - 2