UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, | CASE NO. 2:24-mc-57-JNW |
| Plaintiff, | DISMISSAL ORDER |
| v. | |
| KURT BENSHOOF, | |
| Defendant. | |

The Court raises this matter on its own accord.

Plaintiff Kurt Benshoof initiated this action on September 9, 2024, by filing a proposed removal petition. Dkt. No. 1. On September 18, 2024, the Clerk of Court notified Benshoof of deficiencies in his filing, including failure to pay the filing fee, or apply for in forma pauperis (IFP) status, and omission of a civil cover sheet. Dkt. No. 3. The Clerk notified Benshoof that these deficiencies must be corrected by October 18, 2024, and expressly warned that failure to do so could result in dismissal of his case. As of this date, Benshoof has not rectified this deficiency.

"A party must pay the Civil Filing Fee when it files . . . any civil action except for proceedings in forma pauperis under LCR 3(c) or as otherwise exempted by law."

DISMISSAL ORDER - 1

LCR 3(b); *see also* 28 U.S.C. § 1914(a). An action may proceed without the immediate payment of a filing fee only for parties proceeding IFP. *See* 28 U.S.C. § 1915. Absent IFP status, failure to pay the filing fee results in dismissal without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995).

Benshoof's continued failure to either pay the filing fee or apply for IFP status precludes his case from moving forward. The Court therefore DISMISSES this action without prejudice.

It is so ORDERED.

Dated this 8th day of January, 2025.

Jamal N. Whitehead
United States District Judge

DISMISSAL ORDER - 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>    Plaintiff,<br><br>v.<br><br>KURT A. BENSHOOF,<br><br>    Defendant | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:24-mc-57-JNW |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

 Benshoof's continued failure to either pay the filing fee or apply for IFP status precludes his case from moving forward. The Court therefore DISMISSES this action without prejudice.

 It is so ORDERED.

 Dated January 8, 2025.

                Ravi Subramanian
                Clerk of Court

                /s/ Rachel Evans
                Deputy Clerk

**CLERK, UNITED STATES DISTRICT COURT**
UNITED STATES COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED ___
LODGED ___
RECEIVED ___

JAN 28 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Kurt Benshoof
2024008067
[redacted]
[redacted] ICE CENTER

SEATTLE WA 980
15 JAN 2025 PM 6 L
FIRST-CLASS

ZIP 98101
02 7H
0006038079
US POSTAGE PITNEY BOWES
$ 000.69⁰
JAN 10 2025

NIXIE    980    DC 1    0001/26/25
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 98101444265    *0426-01599-15-47
98101>4442